# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WALESKA DRIGGS and RAUL DRIGGS**, | Case No. 5:19-cv-03476-JDW |
| *Plaintiffs,* | |
| v. | |
| **SCHINDLER ELEVATOR CORP.**, | |
| *Defendant/Third-Party Plaintiff,* | |
| v. | |
| **SERVICE ACCESS AND MANAGEMENT, INC.**, | |
| *Third-Party Defendant.* | |

## ORDER

AND NOW, this 1st day of July, 2020, upon consideration of the Motion for Summary Judgment of Third-Party Defendant, Service Access and Management, Inc. (ECF No. 26), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **GRANTED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.